

**RECEIVED**

JUN 14 2019 *AB*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Eddien Enriqui Gonzalez

5122 N Wolcott Ave

Chicago          **Plaintiff(s),**     Illinois

)
)
)
)
)
)
)
)

**vs.**

Reliance Security Inc

3104 W Irving Park St,

Chicago     60632     Illinois

**Defendant(s).**

)
)
)
)
)
)
)
)

1:19-cv-03998
Judge Joan H. Lefkow
Magistrate Judge Jeffrey T. Gilbert

---

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.     This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.     The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.     Plaintiff's full name is  Eddien Enriqui Gonzalez                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.   Defendant, _Reliance Security Inc_____, is
                    (name, badge number if known)

☐ an officer or official employed by _Private Company_____;
                                      (department or agency of government)
_Reliance Security Inc (Erik) manager_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.   The municipality, township or county under whose authority defendant officer or official

acted is _Erik Reliance Security Inc_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.   On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
                  (month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _Reliance_____

_Security Inc_____, in the County of _Chicago_____,

State of Illinois, at _3104 W Irving Park St 60634_____,
                      (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐   searched plaintiff or his property without a warrant and without reasonable cause;
☐   used excessive force upon plaintiff;
☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐   failed to provide plaintiff with needed medical care;
☐   conspired together to violate one or more of plaintiff's civil rights;
☒   Other: _Fail hire citizenamerican violated_
     _his civil rights, liberty, having job,_
                         USC

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

Violating civil rights, liberty, having job as security officer.

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☒ Other: Win case come out innocent, .

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

1) 10 online applications Sure about this
   Walk in applications Sure about this
2) requirements, documents, Sure about this
3) more 10 times follow up Sure about this
4) two certifications Security Unarmed, armed, 40 hours basic training PTC (Lavas Phillps)
5) Proposites work demonstrating knowledge, habilities, skills, area Security.

Violation Constitutional Rights Act being discriminated knowingly, intentionally, doing discrimination the crime fine.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Offended, Threaten, Harrastment, they were going call cops on me once, Not giving me the job.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No